| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |

| JAMES DINKINS, | § | |
| --- | --- | --- |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 1:16-CV-504 |
| | § | |
| FRANK LARA, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff James Dinkins, an inmate formerly confined at the Federal Correctional Complex in Beaumont, Texas, proceeding *pro se*, brought the above-styled lawsuit against Frank Lara, Dr. Sreedhar Polavarapu, Stephen Henderson, Rebecca Mallet, Shane Salem, the Chief of the Psychology Department, and Shara Johnson.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends that the defendants' motions for summary judgment be granted and plaintiff's complaint be dismissed.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

**ORDER**

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge is **ADOPTED**. A final judgment will be entered in this case in accordance with the Magistrate Judge's recommendation.

SIGNED at Plano, Texas, this 18th day of September, 2018.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE